**Order entered July 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00686-CV

### IN THE INTEREST OF A.W., ET AL., CHILDREN

**On Appeal from the 304th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 12-01084-W**

## ORDER

We **GRANT** appellant's June 30, 2014 motion for an extension of time to file a brief **TO THE EXTENT** that appellant shall file her brief **on or before JULY 22, 2014**.  We caution appellant that no further extension of time will be granted in this accelerated termination case absent extraordinary circumstances.


/s/     ADA BROWN
         JUSTICE